UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO.: 6:14-bk-13529

Karen Hood
Bill Hood

    Debtor(s).
_____/

**X**    **Chapter 13 Plan**    _____    **Amended Chapter 13 Plan**

    COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1- 60 | $2,400.00 |

    The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Jason A. Burgess | $3,000.00 | $799.97 | 1-3 |
|  |  | $600.09 | 4 |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| None | | | |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| NationStar | $14,746.97 | OUTSIDE PLAN (CURRENT) | |
| Wells Fargo | $218,005.96 | $1,224.00 | 1 - 60 |
| Capital One Retail | $4,400.00 | $83.03 | 1 - 60 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Wells Fargo | Dealt with through Modification. | | |

**Secured Gap Payments**

| | Claim | Payment | Payment Month |
|---|---|---|---|

| **Name of Creditor** | **Amount** | **Amount** | **Numbers** |

None

**Property to Be Surrendered IN FULL SATISFACTION OF THE CLAIM:**

**Creditor Name:**             **Property Address:**
Sierra Tahoe Vacation Association       The Lodge at Lake Tahoe Timeshare

**Valuation of Security:**
           **Claim**      **Payment**      **Payment Month**

| **Name of Creditor** | **Amount** | **Amount** | **Numbers** |

**(motion to value must be filed consistent with plan treatment)**

**Executory Contracts:**

**The following Executory Contracts are assumed**
**Name of Creditor:**    **Description of Collateral:**      **Month Numbers**:
N/A

**The following Executory Contracts are rejected**:
**Name of Creditor:**         **Description of Collateral:**
N/A

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage**: 100 %**

Property of the Estate revests in the Debtor(s) upon confirmation of the plan.

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of the Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 29th day of December 2014.

/s/ Jason A. Burgess
Jason A. Burgess
Florida Bar No. 40757
118 West Adams Street
Suite 900
Jacksonville, Florida 32202
(904) 354-5065
jason@jasonAburgess.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:14-bk-13529-ABB<br>Middle District of Florida<br>Orlando<br>Mon Dec 29 14:08:15 EST 2014 | Bill Hood<br>548 McIntosh Road<br>Ormond Beach, FL 32174-5358 | Karen Hood<br>548 McIntosh Road<br>Ormond Beach, FL 32174-5358 |
| ACI<br>6341 Inducon Drive East<br>Sanborn, NY 14132-9016 | AT&T, Inc.<br>208 S. Akard Street<br>Dallas, TX 75202-4206 | Aldridge Connors, LLP<br>1615 South Congress Avenue<br>Ste. 200<br>Delray Beach, FL 33445-6326 |
| Alex McCLure<br>100 N. Tryon St.<br>Suite 106<br>Charlotte, NC 28255-0001 | American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336-0001 | Arrow Financial Services<br>5996 West Touhy Ave.<br>Niles, IL 60714-4610 |
| Asset Acceptance, LLC<br>P.O. Box 2036<br>Warren, MI 48090-2036 | Asset Acceptance, LLC<br>P.O. Box 9065<br>Brandon, FL 33509-9065 | Bank of America<br>100 N. Tryon St.<br>Charlotte, NC 28202-4031 |
| Bill Me Later<br>2420 Sweet Home Road<br>Suite 150<br>Buffalo, NY 14228-2244 | Capital One Retail Services<br>Dept 7680<br>Carol Stream, IL 60116-0001 | Filutowski Eye Institute<br>1070 Greenwood Blvd<br>Lake Mary, FL 32746-5404 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Fulton Friedman & Gullace<br>PO Box 2123<br>Warren, MI 48090-2123 | GE Capital Retail Bank<br>170 West Election Road<br>Suite 125<br>Draper, UT 84020-6425 |
| Hayt Hayt & Landau, P.L.<br>Galloway Professional Park<br>7765 SW 87th Ave<br>Suite 101<br>Miami, FL 33173-2535 | Internal Revenue Service<br>850 Trafalgar Court<br>Suite 200<br>Maitland, FL 32751-4168 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| LVNV Funding, LLC<br>15 S. Main Street<br>Greenville, SC 29601-2743 | Meridian Fin. Services, Inc.<br>P.O. Box 1410<br>Asheville, NC 28802-1410 | Nationstar<br>P.O. Box 199111<br>Dallas, TX 75219 |
| RJM Acquisitions<br>575 Underhill Blvd<br>Suite 224<br>Syosset, NY 11791-4437 | Sierra Tahoe Vacation Ass.<br>3840 Pioneer Trail<br>South Lake Tahoe, CA 96150-8806 | Smith, Hood, Bigman<br>444 Seabreeze Blvd<br>Daytona Beach, FL 32118-3953 |
| Volusia County Tax Collector<br>123 W. Indiana Avenue<br>Deland, FL 32720-4602 | Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 | Wells Fargo<br>PO Box 10335<br>Des Moines, IA 50306-0335 |

| | | |
|---|---|---|
| Wells Fargo Bank, N.A.<br>420 Montgomery St.<br>San Francisco, CA 94104-1298 | Wells Fargo Equity Line<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Jason A Burgess +<br>The Law Offices of Jason A. Burgess, LLC<br>118 West Adams Street, Ste. 900<br>Jacksonville, FL 32202-3818 | End of Label Matrix<br>Mailable recipients   34<br>Bypassed recipients    0<br>Total                 34 |